```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
        NOV 17 2006
    JOHN F. CORCORAN, CLERK
    BY: _____
              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES BOYD,              ) | |
|     Plaintiff,      ) | Civil Action No. 7:06cv00678 |
| ) | |
| v.                             ) | **FINAL ORDER** |
| ) | |
| CINDY KASPER,       ) | By: Samuel G. Wilson |
|     Defendant.   ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 17th day of November, 2006.

_____
United States District Judge